UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Yahaira Rodriguez**,<br><br>           Plaintiff,<br><br>vs.<br><br>**AZ Torres LLC**, et al.,<br><br>           Defendants. | No. CV-23-02347-PHX-SRB<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE** |

The Court, having reviewed the parties' Stipulation of Dismissal With Prejudice, and good cause appearing, hereby grants the Stipulation.

This matter is dismissed, with prejudice, each party or side to bear its own attorneys' fees and costs.

Dated this 26th day of January, 2024.

_____
Susan R. Bolton
United States District Judge

-1-